In the Matter of PASQUALE AURICCHIO, Appellant, against CITY OF NEW YORK, Respondent.

Argued April 6, 1949; decided April 20, 1949.

*Robert L. Callahan* for appellant.

*John P. McGrath, Corporation Counsel (Joseph J. Lucchi* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.